UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HABEN MEBRATU TESFASLASIE,<br><br>Petitioner,<br><br>v.<br><br>JEREMY CASEY,<br><br>Respondent. | Case No.: 26-cv-1983-JES-SBC<br><br>**ORDER GRANTING PETITION<br>FOR WRIT OF HABEAS CORPUS**<br><br>**[ECF No. 1]** |

Before the Court is Petitioner Haben Mebratru Tesfaslasie's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Pursuant to the Court's Order to Show Cause, Respondent filed a return and Petitioner filed a traverse. ECF Nos. 6, 7.

In the return, Respondents state: "Taking into consideration those prior rulings [in this District] and the length of time Petitioner has been in custody, the government concedes that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." ECF No. 6 at 1. The Court agrees, for the reasons set forth in *Sandesh v. LaRose*, No. 3:26-CV00846-JES (S.D. Cal. March 5, 2026). The Court incorporates its reasoning in that case by reference here.

Per the parties' agreement that Petitioner is entitled to a bond hearing, and the Court's analysis in *Sandesh*, the Court **GRANTS** Petitioner's writ of habeas corpus, and **ORDERS** as follows:

(1) The Court **ORDERS** Respondent to provide Petitioner with a constitutionally adequate and individualized bond determination hearing within **ten days** of this Order.

a. At the hearing, the government **SHALL BEAR** the burden of establishing by clear and convincing evidence that Petitioner is a danger to the community or a flight risk if released;

b. The IJ **SHALL** consider alternative conditions of release and Petitioner's ability to pay bond if he or she determines bond is appropriate; and

c. Respondent **SHALL** make a complete record of the bond hearing available to Petitioner and his counsel.

(2) Respondent is **ORDERED** to File a Notice of Compliance within **five days** of providing Petitioner with the bond hearing, including apprising the Court of the results of the hearing and providing a copy of the bond order.

The Clerk of Court is **ORDERED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: April 7, 2026

Honorable James E. Simmons Jr.
United States District Judge

26-cv-1983-JES-SBC